**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Jazs B. BRONNER, Petitioner**

No. 625 MAL 2016

Supreme Court of Pennsylvania.

December 27, 2016

## ORDER

PER CURIAM

AND NOW, this 27th day of December, 2016, the Petition for Allowance of Appeal is **DENIED**.

**IN RE: RELINQUISHMENT OF A.F.**

Petition of: J.F., Mother

In re: Relinquishment of D.F.

Petition of: J.F., Mother

In re: Relinquishment of N.F.

Petition of: J.F., Mother

In re: Relinquishment of T.F.

Petition of: J.F., Mother

No. 768 MAL 2016
No. 769 MAL 2016
No. 770 MAL 2016
No. 771 MAL 2016

Supreme Court of Pennsylvania.

December 27, 2016

## ORDER

PER CURIAM

AND NOW, this 27th day of December, 2016, the Petition for Allowance of Appeal is **DENIED**.